Manatt, Phelps & Phillips, LLP
Jill M. Pietrini, Esq. (Bar No. 138335)
  E-mail: jpietrini@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorney for Defendant*
CAFEPRESS.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RUSSELL WILLIAMS,<br><br>　　　　　Plaintiff,<br>　v.<br>LIFE'S RAD and CAFEPRESS.COM,<br>　　　　　Defendants. | Case No. CV10-0086 SBA<br><br>STIPULATION AND<br>ORDER SELECTING ADR PROCESS |

Plaintiff Russell Williams ("Plaintiff") and Defendant CafePress.com, Inc. ("CafePress") report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: **Non-binding Arbitration (ADR L.R. 4)** The parties agree to hold the ADR session by the following requested deadline: July 31, 2010.

Dated: April 2, 2010　　　　　　　MANATT, PHELPS & PHILLIPS, LLP

　　　　　　　　　　　　　　　　By: /s/ Jill M. Pietrini
　　　　　　　　　　　　　　　　　　Jill M. Pietrini
　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　Cafepress.Com, Inc.

Dated:  April 2, 2010

By: /s/ Russell Williams_____
Russell Williams
*Plaintiff*

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Jill M. Pietrini hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to a Non-binding Arbitration (ADR L.R.4) to be completed by July 31, 2010.

**IT IS SO ORDERED.**

Dated:  4/5/10

_____
The Honorable Sandra B. Armstrong
United States District Judge

300080229.1                                2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS et al,

        Plaintiff,

 v.

LIFE'S RAD et al,

        Defendant.
                              /

Case Number: CV10-00086 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Williams
P.O. Box 1112
Pacifica, CA 94044

Dated: April 5, 2010

                                       Richard W. Wieking, Clerk

                                       By: LISA R CLARK, Deputy Clerk