Manatt, Phelps & Phillips, LLP
Jill M. Pietrini, Esq. (Bar No. 138335)
  E-mail: jpietrini@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorney for Defendant*
CAFEPRESS.COM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RUSSELL WILLIAMS,<br><br>            Plaintiff,<br><br>       v.<br><br>LIFE'S RAD and CAFEPRESS.COM,<br><br>            Defendants. | Case No. CV10-0086 SBA<br><br>STIPULATION AND<br>ORDER SELECTING ADR PROCESS |

Plaintiff Russell Williams ("Plaintiff") and Defendant CafePress.com, Inc. ("CafePress") report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: **Non-binding Arbitration (ADR L.R. 4)** The parties agree to hold the ADR session by the following requested deadline: July 31, 2010.

Dated: April 2, 2010                    MANATT, PHELPS & PHILLIPS, LLP

                                        By: /s/ Jill M. Pietrini
                                            Jill M. Pietrini
                                            *Attorney for Defendant*
                                            Cafepress.Com, Inc.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300080229.1

1 | Dated: April 2, 2010
2 |                                        By: /s/ Russell Williams_____
3 |                                              Russell Williams
  |                                              *Plaintiff*
4 | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B)*
5 | *regarding signatures, Jill M. Pietrini hereby attests that concurrence in the filing of*
6 | *this document has been obtained.*

## **ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to a Non-binding Arbitration (ADR L.R.4) to be completed by July 31, 2010.

**IT IS SO ORDERED.**

Dated:  4/14/10                                     _____*Sandra B. Armstrong*_____
                                                              The Honorable Sandra B. Armstrong
                                                              United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300080229.1                                  2

# CERTIFICATE OF SERVICE

I, Erica K. Embray, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064.

On April 15, 2010, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from my e-mail address, eembray@manatt.com at Manatt, Phelps & Phillips, LLP, Los Angeles, California, to the person(s) at the electronic mail addresses listed below. The transmission was reported as complete and without error.

| | |
|---|---|
| Russell Williams<br>P.O. Box 1112<br>Pacifica, CA 94044<br>Email: xraygifts@safe-mail.net | *Plaintiff* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 15, 2010 at Los Angeles, California.

/s/ ERICA K. EMBRAY
ERICA K. EMBRAY