|  |  |
|---|---|
| RUSSELL WILLIAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIFE'S RAD, CAFEPRESS.COM<br><br>    Defendants. | Case No:  C  10-0086 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Docket 30 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

   Plaintiff Russell Williams, acting pro se, has filed a "Motion for Extension of Trial Date Defendant CafePress.Com Inc.'s Motion to Dismiss with Prejudice Plaintiff's Second and Third Claims for Relief Pursuant to FRCP 12(b)(6)."  The Court liberally construes this as a motion to continue the hearing on Defendant's motion to dismiss until after completion of the ADR process.  However, the Court has already resolved the motion.  Accordingly,

   IT IS HEREBY ORDERED THAT Plaintiff's Motion for Extension of Trial Date Defendant CafePress.Com Inc.'s Motion to Dismiss with Prejudice Plaintiff's Second and Third Claims for Relief Pursuant to FRCP 12(b)(6) is DENIED as moot.  This Order terminates Docket 30.

   IT IS SO ORDERED.

Dated: May 13, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS et al,

       Plaintiff,

 v.

CARRILLO et al,

       Defendant.
_____/

Case Number: CV10-00086 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Carrillo
6912 Maury Drive
San Diego, CA 92119

Nancy Carrillo
6912 Maury Drive
San Diego, CA 92119

Russell Williams
P.O. Box 1112
Pacifica, CA 94044

Dated: May 14, 2010

                              Richard W. Wieking, Clerk

                              By: LISA R CLARK, Deputy Clerk