1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                                  OAKLAND DIVISION
8

9  | RUSSELL WILLIAMS,                    Case No:  C  10-0086 SBA
10 |         Plaintiff,                   **ORDER DISMISSING ACTION**
11 |     vs.
12 | LIFE'S RAD, CAFEPRESS.COM
13 |         Defendants.

14

15   Plaintiff Russell Williams has submitted a Motion for Voluntary Dismissal.  The Court
16 construes this request to be request for dismissal under Federal Rule of Civil Procedure
17 41(a)(1)(B).  Good cause appearing,
18   IT IS HEREBY ORDERED THAT the instant action is DISMISSED WITH
19 PREJUDICE.  Each party shall bear its own fees and costs, except as otherwise provided for in
20 their settlement agreement.  The Clerk shall close the file and terminate all pending matters.
21   IT IS SO ORDERED.
22 Dated: June 4, 2010
                                          _____
23                                        SAUNDRA BROWN ARMSTRONG
                                          United States District Judge
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS et al,

        Plaintiff,

  v.

CARRILLO et al,

        Defendant.
_____/

Case Number: CV10-00086 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Carrillo
6912 Maury Drive
San Diego, CA 92119

Nancy Carrillo
6912 Maury Drive
San Diego, CA 92119

Russell Williams
P.O. Box 1112
Pacifica, CA 94044

Dated: June 4, 2010
                                Richard W. Wieking, Clerk

                                By: LISA R CLARK, Deputy Clerk